IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES RICHARD HURREY, | : | 1:14-cv-2408 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Karoline Mehalchick |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT ORDER

### February 2, 2015

1. The decision of the Commissioner of Social Security denying James Richard Hurrey social security disability benefits is **VACATED.**

2. This matter is **REMANDED** to the Commissioner of Social Security to conduct a new hearing.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge

1